# UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 23-50429-cag |
| **Curtis Eugene Smith and** | § | |
| **Krysten Denae Smith** | § | |
| | § | Chapter 13 |
| Debtors | § | |
| | § | Judge: Craig A. Gargotta |

## NOTICE OF DEBTOR`S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that debtors' new address is:

14200 VANCE JACKSON RD APT 2207
SAN ANTONIO, TX 78249

RESPECTFULLY SUBMITTED

DATE: May 2, 2023

/s/Joris Robert Vanhemelrijck
Joris Robert Vanhemelrijck (24056468)
*VANHEMELRIJCK LAW OFFICES, P.C.*
2001 N.W Military Highway
Castle Hills, TX 78213
Ph: (210) 804-1529
Fax: (210) 598-6359
Jrv@vanlaws.com